UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCCLENNY MOSELY & ASSOCIATES, PLLC**<br><br>V.<br><br>**SELECT PORTFOLIO SERVICING, INC.** | CIVIL NO. 2:22-cv-04708<br><br>JUDGE MORGAN<br><br>MAGISTRATE JUDGE CURRAULT |

### MMA LAW FIRM, PLLC's CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MMA Law Firm, PLLC (formerly named McClenny Moseley & Associates, PLLC) makes the following disclosures:

1. MMA Law Firm, PLLC has no parent corporation or publicly held corporation owning 10% or more of its stock.

2. MMA Law Firm, PLLC is a limited liability company whose citizenship is determined by the citizenship of its members. MMA Law Firm, PLLC's sole managing member is a Texas citizen.

Respectfully submitted,

*/s/ William P. Gibbens*
William P. Gibbens, 27225
Gwyneth A. O'Neill, 35944
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
(504) 680-6065
billy@semmlaw.com
gwyneth@semmlaw.com

1