## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MCCLENNY MOSELEY & ASSOCIATES, PLLC,** | * * * | **CIVIL ACTION: 2:22-cv-04708-SM-DPC** |
| *Plaintiff* | * * | **JUDGE: SUSIE MORGAN** |
| **VERSUS** | * * * | **MAGISTRATE: DONNA P. CURRAULT** |
| **SELECT PORTFOLIO SERVICING, INC.,** | * * * | |
| *Defendant.* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Select Portfolio Servicing, Inc ("**SPS**"), files this statement identifying its parent company and any publicly held corporation that owns ten percent of its stock:

SPS is a corporation organized under the laws of the State of Utah, and is a wholly owned subsidiary of SP Holding Corp., which is not a publicly traded corporation and is organized under the laws of the State of Delaware. SP Holdings Enterprises Corp. is wholly owned by Credit Suisse (USA), Inc., which is not a publicly traded corporation and is organized under the laws of the State of Delaware.

Dated:  September 29, 2023.

**[Signature block on the following page]**

*/s/ Eric J. Simonson*
**ERIC J. SIMONSON (#21876)**
**TREVOR C. MOSBY (#38618)**
**ANGELA M. HESS (#39908)**
**HINSHAW & CULBERTSON, LLP**
400 Poydras Street, Suite 3150
New Orleans, LA 70130
Telephone: (504) 904-8063
Email: esimonson@hinshawlaw.com
Email: tmosby@hinshawlaw.com
Email: ahess@hinshawlaw.com
*Attorneys for Select Portfolio Servicing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Corporate Disclosure Statement has been served on all counsel of record, via the Court's CM/ECF system and U.S. mail, this 29th day of September, 2023.

*/s/ Eric J. Simonson*
ERIC J. SIMONSON

1057097\314858390.v2